UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Roy K. Altman**

Sherman v. Quest, Case No: 0:18-cv-60973-UU

Obremski v. Armor Correctional Health Services, Case No: 18-cv-61798-UU

Witowski v. City of Wilton Manors, Case No: 18-cv-61944-UU

Schuberg v. Biomet, Case No: 14-cv-61129-UU

Pough v. Transword System, Case No: 19-cv-60471-UU

Vital Pharmaceuticals inc. v. Monster Energy, Case No: 19-cv-60809-UU

Simon Property Group v. Taylor, Case No: 19-cv-60807-UU

BIC Corporation v. Florida Distributors, Inc., Case No: 18-cv-60010-UU

Edge Systems LL v. Venus Concept USA Inc., Case No: 18-CV62588-UU

Lafratta v. Whirlpool, Case No: 18-cv-62788-UU

JHT Tax, Inc. v. Abikarram, Case No: 19-cv-60328-UU

Blue Truck Media, Inc., v. Danny Cox Digital, LLC, Case No: 19-cv-60586-UU

Equal Employmentt Opportunity Comm. v. Swami Pancake, LLC. Case No: 19-cv-60714-UU

Chin Loy v. Comm. of Social Security, Case No: 18-cv-61209-UU

Soho Ocean Resorts v. Rosenberg, Case No: 18-cv-62245-UU

Agostinacchio V. Heidelberg Engineering, Inc., Case No: 18-cv-60935-UU

ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Roy K. Altman.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida  (See Internal Operating Procedures, Section 2.05.03 -2.05.04).   It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Roy K. Altman** as of _Apr. 11, 2019_ for all further proceedings.   It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **RKA** in lieu of the present initials.

DONE and ORDERED at _Miami_ Florida, in chambers this _11th_ day of _Apr_., 2019.

_____
United States District Judge

c: All counsel of record/<u>pro se</u> parties